IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00392-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VOLLENY BRYANT, III

    Defendant.

_____

**ORDER**
_____

    Defendant's Motion to Correct Mittimus to Reflect Presentence Credit (Dkt. # 48) is DENIED without prejudice, pursuant to 18 U.S.C. § 3585. Defendant may well be entitled to the presentence credit requested. However, such inquiry must be directed to the Federal Bureau of Prisons, at least in the first instance, for an appropriate calculation.

    DATED May 26, 2006.

                                    By The Court:

                                    *s: Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge