# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00392-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VOLLENY BRYANT, III,

    Defendant.

## ORDER GRANTING DEFENDANTS MOTIONS FOR REDUCTION OF TERM OF IMPRISONMENT

**Blackburn, J.**

On October 2, 2008, this matter came before the court for hearing on the defendant's **Motion for Sentence Reduction Pursuant to § 3582(c)(2)** [#51] filed March 7, 2008, and **Defendant Volleny Bryant's Motion for a Reduction of his Sentence Pursuant to 18 U.S.C. § 3582(c)(2)** [#61] filed April 18, 2008. The court entered findings of fact, conclusions of law, and orders from the bench. This order is entered to confirm and publish those orders.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the defendant's **Motion for Sentence Reduction Pursuant to § 3582(c)(2)** [#51] filed March 7, 2008, and **Defendant Volleny Bryant's Motion for a Reduction of his Sentence Pursuant to 18 U.S.C. § 3582(c)(2)** [#61] filed April 18, 2008, are **GRANTED** consistent with the court's findings of fact and conclusions of law;

2. That defendant's sentence to imprisonment is modified and reduced from 78 months to 60 months;

3. That the extant **Judgment in a Criminal Case** [#45] dated June 29, 2005, and entered July 1, 2005, is modified to the extent necessary to facilitate and implement this order, but is otherwise ratified and reaffirmed; and

4. That the defendant is remanded to the U.S. Marshal for return to the BOP.

Done in chambers October 3, 2008, at Denver, Colorado, to confirm and publish the orders entered in open court on October 2, 2008.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**