# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: __04-cr-00392-REB-01__ |
| VOLLENY BRYANT, III | ) USM No: __32963-013__ |
| | ) __Lisa M. Wayne, Appointed__ |
| Date of Previous Judgment: __June 29, 2005__ | ) __Defendant's Attorney__ |
| (Use Date of Last Amended Judgment if Applicable) | ) |

### Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❏  the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.    X   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78 months__ **is reduced to** __60 months__ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: __27__ | | Amended Offense Level: __25__ | |
| Criminal History Category: __I__ | | Criminal History Category: __I__ | |
| Previous Guideline Range: __70__ to __87__ months | | Amended Guideline Range: __57__ to __71__ months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏  Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __June 29, 2005, shall remain in effect.__

**IT IS SO ORDERED**.

Order Date: __October 2, 2008__                    __s/ Robert E. Blackburn__
                                                          Judge's signature

Effective _____                    __Robert E. Blackburn, U.S. District Judge__
    (if different from order date)                          Printed name and title