**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00392-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VOLLENY BRYANT, III,

        Defendant.

_____

**ORDER DISMISSING VIOLATION PETITION**
_____

        THIS MATTER was before the Court for a supervised release violation hearing on February 5, 2014, on report of the probation officer that defendant violated the terms and conditions of supervision, as detailed in the violation petition [Document 81]. An oral motion by the government to dismiss the violation petition with prejudice [Document 81] was granted. Accordingly, it is

        ORDERED that the violation petition [Document 81], seeking a revocation of supervised release, is dismissed.

        DATED at Denver, Colorado, February 12, 2014.

        BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge